ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By: CHARLES TRULLINGER (018936)
    SHERLE FLAGGMAN (019079)
    Deputy County Attorneys
    trullinc@mcao.maricopa.gov
    lockerbj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorney for Defendants Maricopa County,
Leatham, Kelleher and Asiedu-Darkwa

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LISA YEARICK, individually, as Personal Representative of the Estate of EDWARD RUDHMAN and on behalf of LEIGHA HUBER, statutory beneficiary,<br><br>        Plaintiff,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; SERGEANT ROBERT LEATHAM and JANE DOE LEATHMAN, husband and wife; SERGEANT RYAN KELLEHER and JANE DOE KELLEHER, husband and wife; and DEPUTY PHILIP ASIEDU-DARKWA and JANE DOE ASIEDU-DARKWA, husband and wife.<br><br>        Defendants.<br>- | NO.<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2019-015407 TO THE UNITED STATES DISTRICT COURT** |

Defendants, Maricopa County, Leatham, Kelleher and Asiedu-Darkwa, by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2019-015407, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1.      On or about December 12, 2019, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Lisa Yearick v. Maricopa County, et al.,* No. CV2019-015407.  A copy of the Complaint and all other documents previously filed in this matter and served on Defendants is attached hereto as Exhibit A.

2.      The Complaint was served on Defendants Maricopa County, Leatham, Kelleher, and Asiedu-Darkwa on February 21, 2020. Jane Doe Leatham, Jane Doe Kelleher, and Jane Doe Asiedu-Darkwa have not yet been served.

3.      The Defendants have not pleaded, answered or otherwise appeared in the action.

4.      This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

5.      The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's rights under the Fourth Amendment of the U.S. Constitution and is brought pursuant to 42 U.S.C. § 1983.

6.     By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c).   The Defendants who have been served consent to the removal of this action.

7.     A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit B, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants.

WHEREFORE, Defendants respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 16th day of March, 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:  /s/ Charles Trullinger
CHARLES TRULLINGER
SHERLE FLAGGMAN
Deputy County Attorneys
*Attorneys for Defendants Maricopa*
*County. Leatham, Kelleher and Asiedu-*
*Darkwa*

ORIGINAL of the foregoing E-Filed
This 16th day of March 2020, and a
copy electronically distributed to:

The Honorable M. Scott McCoy
Judge of the Superior Court
East Court Building
101 West Jefferson Street
Phoenix, Arizona  85003

and Copies electronically served

3

via TurboCourt and emailed to:

Larry Wulkan
Jennifer L. Allen
Adrianna M. Chavez
Stimpson LLP
1850 N. Central Ave, Suite 2100
Phoenix 85004-4584
larry.wulkan@stinson.com
Jennifer.allen@stinson.com
Adriana.chavez@stinson.com
*Attorney for Plaintiff Lisa Yearick*

J. Scott Halverson
Law office of J. Scott Halverson
1761 E. McNair Drive, Suite 103
Tempe 85283-5056
scott@halversonfirm.com
*Attorney for Leigha Huber*

/s/ *D. Shinabarger*

S:\CIVIL\CIV\Matters\CJ\2019\Yearick, Lisa vs MC CJ2019 0156\Pleadings\Notice of Removal\2. NO of Removal of MC Sup Crt to Dist Court 03.04.20.docx