1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7

| | |
|---|---|
| LISA YEARICK, individually, as Personal Representative of the Estate of EDWARD RUDHMAN and on behalf of LEIGHA HUBER, statutory beneficiary,<br><br>        Plaintiff,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; SERGEANT ROBERT LEATHAM and JANE DOE LEATHMAN, husband and wife; SERGEANT RYAN KELLEHER and JANE DOE KELLEHER, husband and wife; and DEPUTY PHILIP ASIEDU-DARKWA and JANE DOE ASIEDU-DARKWA, husband and wife.<br><br>        Defendants.<br><br>- | NO.<br><br>INDEX |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibits:        (A) Contents of the Superior Court File NO CV2019-015407

                (B) Superior Court Notice of Removal to Federal District Court

                (C) Civil Cover Sheet

                (D) Supplemental Cover Sheet

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

Contents of Superior Court File NO. CV2019-015407

JEFF FINE
Clerk of the Superior Court
By Miguel Marin, Deputy
Date 12/12/2019 Time 16:45:35
Description                        Amount
---------- CASE# CV2019-015407 ----------
CIVIL NEW COMPLAINT                333.00
-----------------------------------------
TOTAL AMOUNT                       333.00
        Receipt# 27557339

Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
Adrianna M. Chavez (035011)
**STINSON LLP**
   Firm Identification Number 00462400
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com
        jennifer.allen@stinson.com
        adrianna.chavez@stinson.com
Attorneys for Plaintiff Lisa Yearick

J. Scott Halverson
**LAW OFFICES OF J. SCOTT HALVERSON PC**
1761 East McNair Drive, Suite 103
Tempe, Arizona 85283-5056
Tel: (480) 777-7776
Fax: (602) 375-7444
Email: scott@halversonfirm.com
Attorneys for Plaintiff Leigha Huber

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| LISA YEARICK, individually, as Personal Representative of the Estate of EDWARD RUDHMAN,[1] and on behalf of LEIGHA HUBER, statutory beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; SERGEANT ROBERT LEATHAM and JANE DOE LEATHAM, husband and wife; SERGEANT RYAN KELLEHER and JANE DOE KELLEHER, husband and wife; and DEPUTY PHILIP ASIEDU-DARKWA and JANE DOE ASIEDU-DARKWA, husband and wife,<br><br>Defendants. | No.   CV 2019-015407<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Violation of Fourth Amendment Rights; Wrongful Death)** |

For their Complaint against Defendants, Plaintiffs allege as follows:

---

[1] At the time of the filing of this complaint, Ms. Yearick's Application for Informal Appointment of Personal Representative (Intestate Estate) was pending in Superior Court of Arizona in and for Maricopa County, Case No. PB2019-002579.

**JURISDICTION AND PARTIES**

1.      Plaintiffs bring this action, pursuant to 42 U.S.C. § 1983, for violations of the Fourth Amendment of the United States Constitution, and pendent state common and statutory laws including A.R.S. § 12-611, *et seq*.

2.      Jurisdiction and venue are proper in this Court pursuant to A.R.S. §§ 12-123 and 12-401, as the majority of parties are residents of Maricopa County, Arizona, and the events underlying this lawsuit occurred in Maricopa County.

3.      Plaintiff Lisa Yearick ("Lisa") is the widow of decedent Edward Rudhman ("Edward"). For all material times, she resided in Maricopa County.

4.      Plaintiff Leigha Huber is Edward's mother. For all material times, she resided in Hawaii.

5.      Defendants Leatham, Kelleher, and Asiedu-Darkwa (collectively, the "Deputies") were, at all times relevant to this complaint, employed as sheriff's deputies with the Maricopa County Sheriff's Department.

6.      Plaintiffs survive Edward, who was shot to death by the Deputies on December 16, 2018.

7.      Defendant Maricopa County (the "County") is a public entity, formed and designated as such pursuant to Title 11 of the Arizona Revised Statutes and, as permitted by state and federal law, may be held independently or vicariously liable, or otherwise responsible, for the wrongful conduct of its divisions, agents, officers, and employees.

8.      The Deputies were agents and employees of Maricopa County who, at the time of the events complained of herein, were acting within the course and scope of their employment and under color of law.

9.      The Deputies' acts and omissions were done for the benefit and furtherance of their marital communities. Plaintiffs are unaware of the true names of the Deputies' spouses and have designated them as Jane Does in the caption of this matter. The true names of these defendants will be substituted upon discovery of the same.

2

**THE FACTS**

10.    At approximately 10:22 a.m. on Sunday December 16, 2018, the Deputies, along with two other sheriff's deputies, responded to the home of Lisa and Edward in Mesa, Arizona.

11.    Lisa had called 9-1-1 and reported to the call-taker that Edward was suicidal and had a gun.

12.    Lisa told the 9-1-1 call-taker that Edward was "distraught" and that she was "scared for his life" and "really, really worried about him" because he was "threatening to kill himself."

13.    Lisa also told the 9-1-1 call-taker that she desired: "nothing bad to happen to [Edward], I just want him to get help."

14.    Edward had struggled with depression for many years and had recently lost his job.

15.    Lisa had closed herself in her bedroom.

16.    Edward told Lisa, "I'm not gonna hurt you are you kidding me right now?"

17.    While all this was happening, the Deputies arrived and positioned themselves toward the end of the driveway of Edward and Lisa's home, closest to the street, setting up two police cruisers for cover.

18.    Sergeant Leatham stood just behind the open driver's side door of his cruiser, with his gun pointing toward Edward and Lisa's home.

19.    Non-Party Deputy Robert Normile stood on the right side of Sergeant Leatham's cruiser, behind the open passenger side door. He held a rifle, that fired beanbag rounds, pointing toward Edward and Lisa's home.

20.    Deputy Asiedu-Darkwa positioned himself to Deputy Normile's right side, across the boundary wall in a neighbor's yard, with his gun pointed toward Edward and Lisa's home.

21.    Sergeant Kelleher lay down on the ground near some shrubs to the left of the cruiser, with his gun pointing toward Edward and Lisa's home.

3

22.   Sergeant Leatham began making announcements over a public address system for Edward to come out of the house without the gun.

23.   Edward appeared through the front door and Deputy Normile shouted, "Front door, front door, front door."

24.   Edward began walking toward the Deputies with his arms by his sides and his gun dangling from his right hand.

25.   Edward is left-handed.

26.   Deputy Normile described Edward's walk as not "fast paced."

27.   Sergeant Leatham told Edward to drop the gun several times, then said "Stop where you are."

28.   Edward responded "No."

29.   At that moment, Edward was still several car lengths away, and Deputy Normile "was ready to call out 'less-lethal, less-lethal, and fire.'"

30.   The purpose of this is to alert other deputies that the sound they will hear is a less-lethal weapon so that other deputies will not automatically begin firing their lethal weapons upon hearing the sound of gunfire.

31.   But while Deputy Normile was "in his thought process and in preparation to act," the Deputies began firing their guns, striking Edward multiple times in the torso and once in the head.

32.   Edward was still breathing after being shot, but was pronounced dead later at the hospital.

33.   At no time did Edward make a furtive movement, harrowing gesture, or serious verbal threat to the Deputies, nor did he brandish his gun or point it at the Deputies.

34.   The Deputies gave no warning that they would shoot Edward if he didn't stop and drop the gun, even though it was feasible for them to do so.

## COUNT ONE

**(The Deputies Violated Edward's Rights Under the Fourth Amendment to be Free From the Unreasonable Use of Force and are Liable Pursuant to 42 U.S.C. § 1983)**

35.   Plaintiffs incorporate the allegations in the paragraphs above as if set forth fully herein.

36.   As a direct and proximate result of these Defendants' wrongful conduct by using excessive and unreasonable force against Edward, Edward's rights under the Fourth Amendment were violated and the Estate of Edward Rudhman has suffered damages.

37.   The wrongful conduct of these Defendants was in reckless disregard of Edward's constitutional rights and punitive damages in an amount to be determined by a jury should be awarded to deter and prevent others from acting in a similar manner in the future.

## COUNT TWO

**(The Deputies, and Maricopa County, Are Liable for the Wrongful Death of Edward Pursuant to A.R.S. § 12-611)**

38.   Plaintiffs incorporate the allegations in the paragraphs above as if set forth fully herein.

39.   The Deputies had a duty to use only necessary and reasonable force.

40.   The Deputies breached their duties, despite knowing or having reason to know that Edward was or would be inappropriately subjected to an unreasonable risk of serious harm, injury, and death as a result of their actions and/or inactions, as identified by the allegations set forth in the paragraphs above.

41.   The Deputies' breaches of their duties caused and/or contributed to cause Edward's wrongful death.

42.   The Deputies were, at all times material hereto, acting within the course and scope of their employment and the County is vicariously liable for their actions.

43.   As a result of the Deputies' actions and inactions, Edward's survivors have been deprived of the continued companionship and society of their son and husband, and have

1    suffered and will continue to suffer in the future a loss of love, affection, companionship, care,

2    protection, guidance, as well as pain, grief, sorrow, anguish, stress, shock, and mental

3    suffering, and have suffered damages in an amount to be proven at trial.

### TIER

4.

44.    Based on the damages sought in this action, this case is a tier 3 discovery case.

### JURY TRIAL

45.    Plaintiffs hereby request and demand a trial by jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for damages for judgment against Defendants as follows:

a)    General damages in an amount to be proven at trial, as to the causes of action, claims, and theories of relief alleged herein;

b)    Punitive damages against the Deputies in an amount deemed just and reasonable as to the causes of action, claims, and theories of relief alleged herein;

c)    Costs and attorneys' fees against all Defendants, pursuant to 42 U.S.C. §1988;

d)    Such other and further relief which may seem just and reasonable under the circumstances.

RESPECTFULLY SUBMITTED this 12th day of December, 2019.


STINSON LLP

By: _____
Larry J. Wulkan
Jennifer L. Allen
Adrianna M. Chavez
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiff Lisa Yearick

**LAW OFFICES OF J. SCOTT HALVERSON PC**

By: /s/ J. Scott Halverson
1761 East McNair Drive, Suite 103
Tempe, Arizona 85283-5056
Attorneys for Leigha Huber

6

1

2    ORIGINAL filed this 12th day of
     December, 2019:

3    Clerk of the Superior Court
     Maricopa County
4

5

6    _Kathleen Kampke_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
Adrianna M. Chavez (035011)
**STINSON LLP**
  Firm Identification Number 00462400
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com
          jennifer.allen@stinson.com
          adrianna.chavez@stinson.com
Attorneys for Plaintiff Lisa Yearick

J. Scott Halverson
**LAW OFFICES OF J. SCOTT HALVERSON PC**
1761 East McNair Drive, Suite 103
Tempe, Arizona 85283-5056
Tel: (480) 777-7776
Fax: (602) 375-7444
Email: scott@halversonfirm.com
Attorneys for Plaintiff Leigha Huber

CLERK OF THE SUPERIOR COURT
FILED
DEC 1 2 2019   ℞ 4:39
M. Marín, Deputy

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

LISA YEARICK, individually, as
Personal Representative of the Estate of
EDWARD RUDHMAN, and on behalf
of LEIGHA HUBER, statutory
beneficiary,

                    Plaintiffs,

v.

MARICOPA COUNTY, a public entity;
SERGEANT ROBERT LEATHAM and
JANE DOE LEATHAM, husband and
wife; SERGEANT RYAN KELLEHER
and JANE DOE KELLEHER, husband
and wife; and DEPUTY PHILIP
ASIEDU-DARKWA and JANE DOE
ASIEDU-DARKWA, husband and wife,

                    Defendants.

No.   CV 2019-015407

**PLAINTIFFS' CERTIFICATE
REGARDING COMPULSORY
ARBITRATION**

(Assigned to the Honorable _____)

1       The undersigned certifies that the amount in controversy in this matter exceeds $50,000.

2 Therefore, this case is not subject to compulsory arbitration, as provided by Arizona Rule of

3 Civil Procedure 72, or any other rule.

4       RESPECTFULLY SUBMITTED this 12th day of December, 2019.

                        **STINSON LLP**

7 By: _____

8           Larry Y. Wulkan
          Jennifer L. Allen
9           Adrianna M. Chavez
          1850 North Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4584
10          Attorneys for Plaintiff Lisa Yearick

11          **LAW OFFICES OF J. SCOTT**
         **HALVERSON PC**

12

13 By: /s/ J. Scott Halverson
          1761 East McNair Drive, Suite 103
          Tempe, Arizona 85283-5056
14          Attorneys for Leigha Huber

15

16 ORIGINAL filed this 12th day of
December, 2019:
17

18 Clerk of the Superior Court
Maricopa County
19

20 _Kathleen Kaupke_

21 _____

22

23

24

25

26

27

28

2

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

# CV2019-015407

~~~~~ NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney  Larry J. Wulkan

Attorney Bar Number  021404

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s):

_____

_____

CLERK OF THE SUPERIOR COURT
FILED
DEC 12 2019   DN 4:39

M. Menn, Deputy

---

Plaintiff's Name(s): (List all)     Plaintiff's Address:     Phone #:     Email Address:

Lisa Yearick, C/O Larry Wulkan, 1850 N. Central Ave., Suite 2100, Phoenix, AZ 85004  602.279-1600 larry.wulkan@stinson.com

Leigha Huber, C/O Scott Halverson, 1761 E. McNair Dr., #103, Tempe, AZ 85283  480.777.7776 scott@halversonfirm.com

---

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Maricopa County; Sergeant Robert Leatham and Jane Doe Leatham; Sergeant Ryan Kelleher and Jane Doe Kelleher;

Deputy Philip Asiedu-Darkwa and Jane Doe Asiedu-Darkwa

---

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____     ☐ Tier 1     ☐ Tier 2     ☒ Tier 3

## NATURE OF ACTION

Place an **"X"** next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.**

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury\*

☐ 102 Property Damage\*

☐ 103 Wrongful Death\*

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED     Page 1 of 3     CV10f – 010119

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☒ 116 Other (Specify) __wrongful death__ *

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*   ☐ 123 Hospital*
- ☐ 122 Physician D.O.*   ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____

(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge

☐ Employer Sanction    ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____



Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**\*\*FILED\*\***
02/19/2020
by Superior Court Admin
on behalf of Clerk of the
Superior Court

02/15/2020

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2019-015407

**Lisa Yearick**

**V.**

**Maricopa County**

The Judge assigned to this action is the Honorable M. Scott McCoy

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 12/12/2019 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 03/11/2020. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2019-015407

| Party Name | Attorney Name | |
|---|---|---|
| Leigha Huber | Lawrence J Wulkan | Bar ID: 021404 |
| Lisa Yearick | Lawrence J Wulkan | Bar ID: 021404 |

**ADVANCE** Courier Services, LLC
PO Box 25331, Scottsdale, AZ 85255

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP

2020 FEB 27 PM 1:45

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY** | **CV2019-015407** |
| Name of Court | Case Number |
| **LISA YEARICK** | **MARICOPA COUNTY, et al.** |
| Name of Petitioner/Plaintiff | Name of Defendant/Respondent |

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e).45(b), and/or A.R.S. 13-4072, to serve process in this case. I received for service the following document(s) in this action from:

**LARRY J. WULKAN, SBN 021404 (larry.wulkan@stinson.com); JENNIFER L. ALLEN, SBN 027941 (jennifer.allen@stinson.com)**
**ADRIANNA M. CHAVEZ, SBN 035011 (adrianna.chavez@stinson.com)**
**Stinson, LLP, 1850 N. Central Ave., Ste. 2100, Phoenix, AZ 85004 (602) 279-1600**

**1) SUMMONS; 2) COMPLAINT; 3) CERTIFICATE OF COMPULSORY ARBITRATION.**

| I served: | **SERGEANT ROBERT LEATHAM** | on: | **02.21.20** |
|---|---|---|---|
| | Person or entity served | | Date |

| service attempts | **02.21.20 at 2:16 p.m. Documents accepted by Kelly Snarr, legal liaison, a person authorized to accept service.** |
|---|---|
| | Date/Time |

| DESCRIPTION: | Approximate Age | Sex | Approximate Race/Ethnicity | Approximate Height | Approximate Weight | Approximate Hair color | Beard | Glasses |
|---|---|---|---|---|---|---|---|---|
| | **40** | **F** | **CAUCASIAN** | **5'9"** | **160** | **DK BROWN/BLONDE** | **-** | **-** |

**PLACE:**

| X | Business: | **MARICOPA COUNTY SHERIFF'S OFFICE, 550 W. JACKSON ST., PHOENIX, AZ 85003** |
|---|---|---|
| | Residence: | |

**MANNER OF SERVICE**

| | PERSONAL | (Personally delivering copies to the person being served) |
|---|---|---|
| | SUBSTITUTED AT RESIDENCE | (Serving copies at the dwelling house or usual place of abode of the person being served) |
| X | SUBSTITUTED AT BUSINESS | (Leaving copies at the office for the person being served with a person apparently in charge) |
| | NON-SERVICE | After due search, careful inquiry and diligent attempts at the address(es) above, I have been unable to effect process upon the person/entity being served because of the following reasons: |

| | Unknown at address | | Moved, no forwarding | | Service canceled | | Address does not exist |
|---|---|---|---|---|---|---|---|

| X | Service fee: | **$36.50** |
|---|---|---|

_Salim Mangoli_
Affiant

2/25/20
Date

The above is covered by A.R.S. as amended 41-413 and 11-45 and rules 4, 5, 46 and 30(I).

**ADVANCE** Courier Services, LLC
PO Box 25331, Scottsdale, AZ 85255

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2020 FEB 27 PH 1:47

# CERTIFICATE OF SERVICE

| SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY | CV2019-015407 |
|---|---|
| Name of Court | Case Number |

| **LISA YEARICK** | **MARICOPA COUNTY, et al.** |
|---|---|
| Name of Petitioner/Plaintiff | Name of Defendant/Respondent |

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e).45(b), and/or A.R.S. 13-4072, to serve process in this case. I received for service the following document(s) in this action from:

LARRY J. WULKAN, SBN 021404 (larry.wulkan@stinson.com); JENNIFER L. ALLEN, SBN 027941 (jennifer.allen@stinson.com)
ADRIANNA M. CHAVEZ, SBN 035011 (adrianna.chavez@stinson.com)
Stinson, LLP, 1850 N. Central Ave., Ste. 2100, Phoenix, AZ 85004 (602) 279-1600

1) SUMMONS; 2) COMPLAINT; 3) CERTIFICATE OF COMPULSORY ARBITRATION.

| I served: | **DEPUTY PHILIP ASIEDU-DARKWA** | on: | **02.21.20** |
|---|---|---|---|
| | Person or entity served | | Date |

| service attempts | 02.21.20 at 2:16 p.m. Documents accepted by Kelly Snarr, legal liaison, a person authorized to accept service. |
|---|---|
| | Date/Time |

| DESCRIPTION: | Approximate Age | Sex | Approximate Race/Ethnicity | Approximate Height | Approximate Weight | Approximate Hair color | Beard | Glasses |
|---|---|---|---|---|---|---|---|---|
| | **40** | **F** | **CAUCASIAN** | **5'9"** | **160** | **DK BROWN/BLONDE** | - | - |

## PLACE:

| X | Business: | **MARICOPA COUNTY SHERIFF'S OFFICE, 550 W. JACKSON ST., PHOENIX, AZ 85003** |
|---|---|---|

| | Residence: | |
|---|---|---|

## MANNER OF SERVICE

| | PERSONAL | (Personally delivering copies to the person being served) |
|---|---|---|

| | SUBSTITUTED AT RESIDENCE | (Serving copies at the dwelling house or usual place of abode of the person being served) |
|---|---|---|

| X | SUBSTITUTED AT BUSINESS | (Leaving copies at the office for the person being served with a person apparently in charge) |
|---|---|---|

| | NON-SERVICE | After due search, careful inquiry and diligent attempts at the address(es) above, I have been unable to effect process upon the person/entity being served because of the following reasons: |
|---|---|---|

| | Unknown at address | | Moved, no forwarding | | Service canceled | | Address does not exist |
|---|---|---|---|---|---|---|---|

| X | Service fee: | **$36.50** |
|---|---|---|

_Salim Mangoli_
Affiant

2/25/20
Date

The above is covered by A.R.S. as amended 41-413 and 11-45 and rules 4, 5, 46 and 30(I).

**ADVANCE** Courier Services, LLC
PO Box 25331, Scottsdale, AZ 85255

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2020 FEB 27  PM 1:47

# CERTIFICATE OF SERVICE

**SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY**      **CV2019-015407**
Name of Court                                                   Case Number

**LISA YEARICK**                        **MARICOPA COUNTY, et al.**
Name of Petitioner/Plaintiff                  Name of Defendant/Respondent

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e).45(b), and/or A.R.S. 13-4072, to serve process in this case. I received for service the following document(s) in this action from:

**LARRY J. WULKAN, SBN 021404 (larry.wulkan@stinson.com); JENNIFER L. ALLEN, SBN 027941 (jennifer.allen@stinson.com)**
**ADRIANNA M. CHAVEZ, SBN 035011 (adrianna.chavez@stinson.com)**
**Stinson, LLP, 1850 N. Central Ave., Ste. 2100, Phoenix, AZ 85004 (602) 279-1600**

**1) SUMMONS; 2) COMPLAINT; 3) CERTIFICATE OF COMPULSORY ARBITRATION.**

| I served: | **MARICOPA COUNTY** | on: | **02.21.20** |
|---|---|---|---|
| | Person or entity served | | Date |

| service attempts | **02.21.20 at 2:02 p.m. Documents accepted by Mia Vargas, clerk of Maricopa Board of Supervisors assistant, a person authorized to accept service.** |
|---|---|
| | Date/Time |

| DESCRIPTION: | Approximate Age | Sex | Approximate Race/Ethnicity | Approximate Height | Approximate Weight | Approximate Hair color | Beard | Glasses |
|---|---|---|---|---|---|---|---|---|
| | **35** | **F** | **HISPANIC** | **5'6"** | **230** | **BLACK** | **-** | **-** |

## PLACE:

[X] Business:    **MARICOPA COUNTY BOARD OF SUPERVISORS, 301 W. JEFFERSON ST., 10TH FL, PHOENIX, AZ 85003**

[ ] Residence: _____

## MANNER OF SERVICE

[ ] PERSONAL    (Personally delivering copies to the person being served)

[ ] SUBSTITUTED AT RESIDENCE    (Serving copies at the dwelling house or usual place of abode of the person being served)

[X] SUBSTITUTED AT BUSINESS    (Leaving copies at the office for the person being served with a person apparently in charge)

[ ] NON-SERVICE    After due search, careful inquiry and diligent attempts at the address(es) above, I have been unable to effect process upon the person/entity being served because of the following reasons:

[ ] Unknown at address    [ ] Moved, no forwarding    [ ] Service canceled    [ ] Address does not exist

[X] Service fee:    **$58.00**

_Salim Mangoli_
Affiant

**2/25/20**
Date

The above is covered by A.R.S. as amended 41-413 and 11-45 and rules 4, 5, 46 and 30(I).

**ADVANCE** Courier Services, LLC
PO Box 25331, Scottsdale, AZ 85255

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP

2020 FEB 27 PM 1:46

## CERTIFICATE OF SERVICE

**SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY**                    **CV2019-015407**
Name of Court                                                       Case Number

**LISA YEARICK**                                **MARICOPA COUNTY, et al.**
Name of Petitioner/Plaintiff                   Name of Defendant/Respondent

I, SALIM MANGOLI, the undersigned, certify under penalty of perjury that I am fully qualified, pursuant to R.C.P. 4(e).45(b), and/or A.R.S. 13-4072, to serve process in this case. I received for service the following document(s) in this action from:

**LARRY J. WULKAN, SBN 021404 (larry.wulkan@stinson.com); JENNIFER L. ALLEN, SBN 027941 (jennifer.allen@stinson.com) ADRIANNA M. CHAVEZ, SBN 035011 (adrianna.chavez@stinson.com) Stinson, LLP, 1850 N. Central Ave., Ste. 2100, Phoenix, AZ 85004 (602) 279-1600**

**1) SUMMONS; 2) COMPLAINT; 3) CERTIFICATE OF COMPULSORY ARBITRATION.**

| I served: | **SERGEANT RYAN KELLEHER** | on: | **02.21.20** |
|---|---|---|---|
| | Person or entity served | | Date |

| service attempts | **02.21.20 at 2:16 p.m. Documents accepted by Kelly Snarr, legal liaison, a person authorized to accept service.** |
|---|---|
| | Date/Time |

| DESCRIPTION: | Approximate Age | Sex | Approximate Race/Ethnicity | Approximate Height | Approximate Weight | Approximate Hair color | Beard | Glasses |
|---|---|---|---|---|---|---|---|---|
| | **40** | **F** | **CAUCASIAN** | **5'9"** | **160** | **DK BROWN/BLONDE** | **-** | **-** |

## PLACE:

[X] Business:   **MARICOPA COUNTY SHERIFF'S OFFICE, 550 W. JACKSON ST., PHOENIX, AZ 85003**

[ ] Residence: _____

## MANNER OF SERVICE

[ ] PERSONAL   (Personally delivering copies to the person being served)

[ ] SUBSTITUTED AT RESIDENCE   (Serving copies at the dwelling house or usual place of abode of the person being served)

[X] SUBSTITUTED AT BUSINESS   (Leaving copies at the office for the person being served with a person apparently in charge)

[ ] NON-SERVICE   After due search, careful inquiry and diligent attempts at the address(es) above, I have been unable to effect process upon the person/entity being served because of the following reasons:

[ ] Unknown at address   [ ] Moved, no forwarding   [ ] Service canceled   [ ] Address does not exist

[X] Service fee:   **$36.50**

_Salim Mangoli_
Affiant                                                      2/25/20
                                                             Date

The above is covered by A.R.S. as amended 41-413 and 11-45 and rules 4, 5, 46 and 30(I).

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP

2020 FEB 27 PM 1:47

1   Larry J. Wulkan (021404)
    Jennifer L. Allen (027941)
2   Adrianna M. Chavez (035011)
    **STINSON LLP**
3       Firm Identification Number 00462400
    1850 North Central Avenue, Suite 2100
4   Phoenix, Arizona 85004-4584
    Tel: (602) 279-1600
5   Fax: (602) 240-6925
    Email: larry.wulkan@stinson.com
6           jennifer.allen@stinson.com
            adrianna.chavez@stinson.com
7   Attorneys for Plaintiff Lisa Yearick

8   J. Scott Halverson
    **LAW OFFICES OF J. SCOTT HALVERSON PC**
9   1761 East McNair Drive, Suite 103
    Tempe, Arizona 85283-5056
10  Tel: (480) 777-7776
    Fax: (602) 375-7444
11  Email: scott@halversonfirm.com
    Attorneys for Plaintiff Leigha Huber

12

**ORIGINAL**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org, the
sponsored by the
Maricopa County Bar Association.

13          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

14          **IN AND FOR THE COUNTY OF MARICOPA**

15  LISA YEARICK, individually, as              No.
    Personal Representative of the Estate of         CV 2019-015407
16  EDWARD RUDHMAN, and on behalf of
    LEIGHA HUBER, statutory beneficiary,
17                                               **SUMMONS**
                Plaintiffs,
18                                               (Assigned to the Honorable _____)
    v.
19
    MARICOPA COUNTY, a public entity;
20  SERGEANT ROBERT LEATHAM and
    JANE DOE LEATHAM, husband and
21  wife; SERGEANT RYAN KELLEHER
    and JANE DOE KELLEHER, husband and
22  wife; and DEPUTY PHILIP ASIEDU-
    DARKWA and JANE DOE ASIEDU-
23  DARKWA, husband and wife,

24              Defendants.

25

26  | **WARNING:  This is an official document from the court that affects your rights.**
    | **Read this carefully. If you do not understand it, contact a lawyer for help.**

27  **THE STATE OF ARIZONA TO THE DEFENDANT:**

28      **Maricopa County**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona, 85374

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date ___ DEC 12 2019 ___    **JEFF FINE, CLERK**

Chris DeRose, Clerk of Court

By: _____
    Deputy Clerk

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2020 FEB 27 PM 1:47

1  Larry J. Wulkan (021404)
   Jennifer L. Allen (027941)
2  Adrianna M. Chavez (035011)
   **STINSON LLP**
3     Firm Identification Number 00462400
   1850 North Central Avenue, Suite 2100
4  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
5  Fax: (602) 240-6925
   Email: larry.wulkan@stinson.com
6          jennifer.allen@stinson.com
           adrianna.chavez@stinson.com
7  Attorneys for Plaintiff Lisa Yearick

8  J. Scott Halverson
   **LAW OFFICES OF J. SCOTT HALVERSON PC**
9  1761 East McNair Drive, Suite 103
   Tempe, Arizona 85283-5056
10 Tel: (480) 777-7776
   Fax: (602) 375-7444
11 Email: scott@halversonfirm.com
   Attorneys for Plaintiff Leigha Huber

**ORIGINAL**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
sponsored by the
Maricopa County Bar Association

12

13                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

14                     **IN AND FOR THE COUNTY OF MARICOPA**

15 LISA YEARICK, individually, as          No.
   Personal Representative of the Estate of        CV 2019-015407
16 EDWARD RUDHMAN, and on behalf of
   LEIGHA HUBER, statutory beneficiary,
17                                          **SUMMONS**
                Plaintiffs,
18                                          (Assigned to the Honorable _____)
   v.
19
   MARICOPA COUNTY,  a public entity;
20 SERGEANT ROBERT LEATHAM and
   JANE DOE LEATHAM, husband and
21 wife; SERGEANT RYAN KELLEHER
   and JANE DOE KELLEHER, husband and
22 wife; and DEPUTY PHILIP ASIEDU-
   DARKWA and JANE DOE ASIEDU-
23 DARKWA, husband and wife,

24                Defendants.

25 ┌─────────────────────────────────────────────────────────────┐
   │ **WARNING:  This is an official document from the court that affects your rights.** │
26 │ **Read this carefully. If you do not understand it, contact a lawyer for help.** │
   └─────────────────────────────────────────────────────────────┘
27 **THE STATE OF ARIZONA TO THE DEFENDANT:**

28      **Deputy Philip Asiedu-Darkwa**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
    - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
    - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
    - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona, 85374

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

DEC 1 2 2019

JEFF FINE, CLERK

SIGNED AND SEALED this date _____ Clerk of Court

By: _____
       Deputy Clerk

ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
2020 FEB 27 PM 1:47
A. RODRIGUEZ, DEP

1  Larry J. Wulkan (021404)
   Jennifer L. Allen (027941)
2  Adrianna M. Chavez (035011)
   **STINSON LLP**
3      Firm Identification Number 00462400
   1850 North Central Avenue, Suite 2100
4  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
5  Fax: (602) 240-6925
   Email: larry.wulkan@stinson.com
6          jennifer.allen@stinson.com
           adrianna.chavez@stinson.com
7  Attorneys for Plaintiff Lisa Yearick

8  J. Scott Halverson
   **LAW OFFICES OF J. SCOTT HALVERSON PC**
9  1761 East McNair Drive, Suite 103
   Tempe, Arizona 85283-5056
10 Tel: (480) 777-7776
   Fax: (602) 375-7444
11 Email: scott@halversonfirm.com
   Attorneys for Plaintiff Leigha Huber

12

            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
13
              **IN AND FOR THE COUNTY OF MARICOPA**
14

15 LISA YEARICK, individually, as          No.
   Personal Representative of the Estate of
16 EDWARD RUDHMAN, and on behalf of              CV 2019-015467
   LEIGHA HUBER, statutory beneficiary,
17                                          **SUMMONS**
                  Plaintiffs,
18                                          (Assigned to the Honorable _____)
   v.
19
   MARICOPA COUNTY,  a public entity;
20 SERGEANT ROBERT LEATHAM and
   JANE DOE LEATHAM, husband and
21 wife; SERGEANT RYAN KELLEHER
   and JANE DOE KELLEHER, husband and
22 wife; and DEPUTY PHILIP ASIEDU-
   DARKWA and JANE DOE ASIEDU-
23 DARKWA, husband and wife,

24                Defendants.

25  ┌─────────────────────────────────────────────────────────────┐
    │ **WARNING:  This is an official document from the court that affects your rights.** │
26  │ **Read this carefully. If you do not understand it, contact a lawyer for help.**    │
    └─────────────────────────────────────────────────────────────┘
27 **THE STATE OF ARIZONA TO THE DEFENDANT:**

28     **Sergeant Ryan Kelleher**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
    - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
    - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
    - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona, 85374

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

DEC 1 2 2019

JEFF FINE, CLERK

SIGNED AND SEALED this date

Chris DeRose, Clerk of Court

By: _____
     Deputy Clerk

CLERK OF THE
SUPERIOR COURT
FILED
~~~~~~~~~~ A. RODRIGUEZ, DEP

2020 FEB 27 PM 1: 46

1   Larry J. Wulkan (021404)
    Jennifer L. Allen (027941)
2   Adrianna M. Chavez (035011)
    **STINSON LLP**
3      Firm Identification Number 00462400
    1850 North Central Avenue, Suite 2100
4   Phoenix, Arizona 85004-4584
    Tel: (602) 279-1600
5   Fax: (602) 240-6925
    Email: larry.wulkan@stinson.com
6          jennifer.allen@stinson.com
           adrianna.chavez@stinson.com
7   Attorneys for Plaintiff Lisa Yearick

8   J. Scott Halverson
    **LAW OFFICES OF J. SCOTT HALVERSON PC**
9   1761 East McNair Drive, Suite 103
    Tempe, Arizona 85283-5056
10  Tel: (480) 777-7776
    Fax: (602) 375-7444
11  Email: scott@halversonfirm.com
    Attorneys for Plaintiff Leigha Huber

12

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

13                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

14                    **IN AND FOR THE COUNTY OF MARICOPA**

15  LISA YEARICK, individually, as                No.
    Personal Representative of the Estate of
16  EDWARD RUDHMAN, and on behalf of
    LEIGHA HUBER, statutory beneficiary,
17                                                 **SUMMONS** CV 2019-015407
                           Plaintiffs,
18                                                 (Assigned to the Honorable _____)
    v.
19
    MARICOPA COUNTY,  a public entity;
20  SERGEANT ROBERT LEATHAM and
    JANE DOE LEATHAM, husband and
21  wife; SERGEANT RYAN KELLEHER
    and JANE DOE KELLEHER, husband and
22  wife; and DEPUTY PHILIP ASIEDU-
    DARKWA and JANE DOE ASIEDU-
23  DARKWA, husband and wife,

24                         Defendants.

25

26  | **WARNING:  This is an official document from the court that affects your rights.** |
    | **Read this carefully. If you do not understand it, contact a lawyer for help.** |

27  **THE STATE OF ARIZONA TO THE DEFENDANT:**

28      **Sergeant Robert Leatham**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
    - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
    - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
    - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona, 85374

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

DEC 1 2 2019

JEFF FINE, CLERK

SIGNED AND SEALED this date _____

Chris DeRose, Clerk of Court

By: _____

Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

Superior Court Notice of Removal
to the Federal District Court

1  ALLISTER ADEL
2  MARICOPA COUNTY ATTORNEY

3  By: CHARLES TRULLINGER (018936)
       SHERLE FLAGGMAN (019079)
4      Deputy County Attorneys
       trullinc@mcao.maricopa.gov
5      lockerbj@mcao.maricopa.gov

6
7  CIVIL SERVICES DIVISION
   Security Center Building
8  222 North Central Avenue, Suite 1100
   Phoenix, Arizona 85004
9  Telephone (602) 506-8541
   Facsimile (602) 506-8567
10 ca-civilmailbox@mcao.maricopa.gov
11 MCAO Firm No. 00032000

12 Attorney for Defendant Maricopa County

13         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

14         **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 15 LISA YEARICK, individually, as Personal Representative of the Estate of EDWARD RUDHMAN and on behalf of LEIGHA HUBER, statutory beneficiary, | **NO. CV2019-015407** |
| 16 | |
| 17                     Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| 18 v. | |
| 19 MARICOPA COUNTY, a public entity; SERGEANT ROBERT LEATHAM and JANE DOE LEATHMAN, husband and wife; SERGEANT RYAN KELLEHER and JANE DOE KELLEHER, husband and wife; and DEPUTY PHILIP ASIEDU-DARKWA and JANE DOE ASIEDU-DARKWA, husband and wife. | Honorable M. Scott McCoy |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24                     Defendants. | |
| 25 | |

26     TO THE CLERK OF THE COURT AND PLAINTIFF:

27     PLEASE TAKE NOTICE THAT defendants, Maricopa County Sergeant Robert
28

                                        1

1   Leatham, Sergeant Ryan Kelleher and Deputy Philip Asiedu-Darkwa, hereby notify this

2   Court that they have filed a Notice of Removal of this action to the United States District

3   Court for the District of Arizona.

4

5        A copy of the Notice of Removal (without) attachments filed March 16, 2020, is

6   attached hereto as Exhibit A.

7        **RESPECTFULLY SUBMITTED** this <u>16</u> day of March, 2020.

8
                                        ALLISTER ADEL
9                                       MARICOPA COUNTY ATTORNEY

10
                                 BY: /s/ Charles Trullinger
11                                    CHARLES TRULLINGER
                                      SHERLE FLAGGMAN
12                                    Deputy County Attorneys
                                      *Attorneys for Defendant Maricopa*
13                                    *County*

14  ORIGINAL of the foregoing E-Filed
    This 16th day of March, 2020, and a
15  copy electronically distributed to:

16
    The Honorable M. Scott McCoy
17  Judge of the Superior Court
    East Court Building
18  101 West Jefferson Street
    Phoenix, Arizona  85003
19

20  and Copies electronically served
    via TurboCourt and emailed to:
21

22  Larry Wulkan
    Jennifer L. Allen
23  Adrianna M. Chavez
    Stimpson LLP
24  1850 N. Central Ave, Suite 2100
    Phoenix 85004-4584
25  larry.wulkan@stinson.com
    Jennifer.allen@stinson.com
26  Adriana.chavez@stinson.com
    *Attorney for Plaintiff Lisa Yearick*
27

28  J. Scott Halverson

                              2

Law office of J. Scott Halverson
1761 E. McNair Drive, Suite 103
Tempe 85283-5056
scott@halversonfirm.com
*Attorney for Leigha Huber*

/s/ D. Shinabarger

S:\CIVIL\CIV\Matters\CJ\2019\Yearick, Lisa vs MC CJ2019 0156\Pleadings\Notice of Removal\Sup Ct Notce of Removal 03.04.20.docx

# EXHIBIT A

Notice of Removal of Maricopa County
Superior Court Case NO. CV2019-015407
to the United States District Court
(Without Exhibits)

1    ALLISTER ADEL
     MARICOPA COUNTY ATTORNEY
2

3    By: CHARLES TRULLINGER (018936)
         SHERLE FLAGGMAN (019079)
4          Deputy County Attorneys
         trullinc@mcao.maricopa.gov
5          lockerbj@mcao.maricopa.gov

6

7    CIVIL SERVICES DIVISION
     Security Center Building
8    222 North Central Avenue, Suite 1100
     Phoenix, Arizona 85004
9    Telephone (602) 506-8541
     Facsimile (602) 506-8567
10    ca-civilmailbox@mcao.maricopa.gov
11    MCAO Firm No. 00032000

12    Attorney for Defendants Maricopa County,
     Leatham, Kelleher and Asiedu-Darkwa
13

14             **IN THE UNITED STATES DISTRICT COURT**

15               **FOR THE DISTRICT OF ARIZONA**

16    LISA YEARICK, individually, as Personal      NO.
     Representative of the Estate of EDWARD
17    RUDHMAN and on behalf of LEIGHA
     HUBER, statutory beneficiary,

18           Plaintiff,                    **NOTICE OF REMOVAL OF**
                                      **MARICOPA COUNTY SUPERIOR**
19    v.                                           **COURT CASE NO. CV2019-015407**
                                           **TO THE UNITED STATES**
20    MARICOPA COUNTY, a public entity;        **DISTRICT COURT**
     SERGEANT ROBERT LEATHAM and JANE
21    DOE LEATHMAN, husband and wife;
     SERGEANT RYAN KELLEHER and JANE
22    DOE KELLEHER, husband and wife; and
     DEPUTY PHILIP ASIEDU-DARKWA and
23    JANE DOE ASIEDU-DARKWA, husband
     and wife.
24

25           Defendants.

26    -

27

28

Defendants, Maricopa County, Leatham, Kelleher and Asiedu-Darkwa, by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2019-015407, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1.      On or about December 12, 2019, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Lisa Yearick v. Maricopa County, et al.,* No. CV2019-015407.  A copy of the Complaint and all other documents previously filed in this matter and served on Defendants is attached hereto as Exhibit A.

2.      The Complaint was served on Defendants Maricopa County, Leatham, Kelleher, and Asiedu-Darkwa on February 21, 2020. Jane Doe Leatham, Jane Doe Kelleher, and Jane Doe Asiedu-Darkwa have not yet been served.

3.      The Defendants have not pleaded, answered or otherwise appeared in the action.

4.      This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

5.      The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's rights under the Fourth Amendment of the U.S. Constitution and is brought pursuant to 42 U.S.C. § 1983.

6.      By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c).   The Defendants who have been served consent to the removal of this action.

7.      A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit B, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants.

WHEREFORE, Defendants respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this <u>16th</u> day of March, 2020.

> ALLISTER ADEL
> MARICOPA COUNTY ATTORNEY
>
> BY: <u>/s/ Charles Trullinger</u>
> CHARLES TRULLINGER
> SHERLE FLAGGMAN
> Deputy County Attorneys
> *Attorneys for Defendants Maricopa*
> *County. Leatham, Kelleher and Asiedu-*
> *Darkwa*

ORIGINAL of the foregoing E-Filed
This 16th day of March, 2020, and a
copy electronically distributed to:

The Honorable M. Scott McCoy
Judge of the Superior Court
East Court Building
101 West Jefferson Street
Phoenix, Arizona  85003

and Copies electronically served

3

via TurboCourt and emailed to:

Larry Wulkan
Jennifer L. Allen
Adrianna M. Chavez
Stimpson LLP
1850 N. Central Ave, Suite 2100
Phoenix 85004-4584
larry.wulkan@stinson.com
Jennifer.allen@stinson.com
Adriana.chavez@stinson.com
*Attorney for Plaintiff Lisa Yearick*

J. Scott Halverson
Law office of J. Scott Halverson
1761 E. McNair Drive, Suite 103
Tempe 85283-5056
scott@halversonfirm.com
*Attorney for Leigha Huber*

/s/ D. Shinabarger

S:\CIVIL\CIV\Matters\CJ\2019\Yearick, Lisa vs MC CJ2019 0156\Pleadings\Notice of Removal\2. NO of Removal of MC Sup Crt to Dist Court 03.04.20.docx

| From: | TurboCourt Customer Service |
|---|---|
| To: | Debra Shinabarger; Charles Trullinger; Darcie Loucks |
| Subject: | AZTurboCourt E-Filing Courtesy Notification |
| Date: | Monday, March 16, 2020 1:43:46 PM |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #4421369 has been delivered to Maricopa County - Superior Court.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2019-015407 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Filed By: Charles E Trullinger
AZTurboCourt Form Set: #4421369
Keyword/Matter #: CJ2019 0156

Delivery Date and Time: Mar 16, 2020 1:43 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Notice of Removal to Federal Court: Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Exhibit A

E-Service notification was sent to the following recipient(s):

Adrianna M. Chavez at Adrianna.chaviz@stinson.com
J. Scott Halverson at scott@halversonfirm.com
Jennifer L. Allen at Jennifer.allen@stinson.com
Larry Wulkan at larry.wulkan@stinson.com