Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
Adrianna M. Chavez (035011)
**STINSON LLP**
  Firm Identification Number 00462400
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com
       jennifer.allen@stinson.com
       adrianna.chavez@stinson.com
Attorneys for Plaintiff Lisa Yearick

J. Scott Halverson
**LAW OFFICES OF J. SCOTT HALVERSON PC**
1761 East McNair Drive, Suite 103
Tempe, Arizona 85283-5056
Tel: (480) 777-7776
Fax: (602) 375-7444
Email: scott@halversonfirm.com
Attorneys for Plaintiff Leigha Huber

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lisa Yearick, individually, as Personal Representative of the Estate of Edward Rudhman, and on behalf of Leigha Huber, statutory beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County, a public entity; Sergeant Robert Leatham and Kristy Leatham, husband and wife; Sergeant Ryan Kelleher, an unmarried individual; and Deputy Philip Asiedu and Morcelia Asiedu, husband and wife,<br><br>Defendants. | No.  2:20-cv-00545-SPL<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

The Court ordered Plaintiffs to show cause as to why certain unknown defendants, who were designated in the original complaint (Doc. 1-3) as "Jane Does," should not be dismissed. *See* Doc. 6.  Plaintiffs have learned the identity of these defendants and have filed an amended complaint, which eliminates the fictitious defendants.

CORE/3516995.0002/158300880.2

RESPECTFULLY SUBMITTED this 23rd day of March, 2020.

**STINSON LLP**

By: /s/ Larry J. Wulkan
    Larry J. Wulkan
    Jennifer L. Allen
    Adrianna M. Chavez
    1850 North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4584
    Attorneys for Plaintiff Lisa Yearick

**LAW OFFICES OF J. SCOTT HALVERSON PC**

By: /s/ J. Scott Halverson
    J. Scott Halverson
    1761 E. McNair Drive, Suite 103
    Tempe, Arizona 85283-5056
    Attorney for Plaintiff Leigha Huber

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

    Charles Trullinger
    Sherle Flaggman
    Deputy County Attorneys
    Civil Services Division
    Security Center Building
    222 N. Central Avenue, Suite 1100
    Phoenix, AZ  85004
    ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants*

By: */s/ Kathleen Kaupke*