ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By: CHARLES TRULLINGER (018936)
    SHERLE FLAGGMAN (019079)
    Deputy County Attorneys
    trullinc@mcao.maricopa.gov
    flaggmas@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Yearick, individually, as Personal Representative of the Estate of Edward Rudhman and on behalf of Leigha Huber, statutory beneficiary,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County, a public entity; Sergeant Robert Leatham and Kristy Leatham, husband and wife; Sergeant Ryan Kelleher, husband and wife; and Deputy Philip Asiedu and Morcelia Asiedu, husband and wife.<br><br>    Defendants. | NO. CV20-0545-PHX-SPL<br><br>**DEFENDANTS' NOTICE OF SERVICE OF FIRST SET OF UNIFORM INTERROGATORIES, NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION TO PLAINITFF**<br><br>Honorable Steven P. Logan |

    Defendants' Maricopa County, Leathams, Kelleher and Asiedus, by and through undersigned counsel, hereby give notice that the undersigned counsel for Defendants did serve via E-Mail on August 14, 2020, Defendants' First Set of Uniform Interrogatories,

1

Non-Uniform Interrogatories and Request for Production upon Plaintiff.

**RESPECTFULLY SUBMITTED** this 18 day of August, 2020.

>ALLISTER ADEL
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/ *Charles Trullinger*
>CHARLES TRULLINGER
>SHERLE FLAGGMAN
>Deputy County Attorneys
>*Attorneys for Defendant Maricopa County*

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Steven P. Logan
Judge of the United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 West Washington Street, Spc 82
Phoenix, Arizona 85003-2154

Larry Wulkan
Jennifer L. Allen
Adrianna M. Chavez
Michael Vincent
Stimpson LLP
1850 N. Central Ave, Suite 2100
Phoenix 85004-4584
larry.wulkan@stinson.com
jennifer.allen@stinson.com
adrianna.chavez@stinson.com
michael.vincent@stinson.com
*Attorney for Plaintiff Lisa Yearick*

J. Scott Halverson
Law Office of J. Scott Halverson
1761 E. McNair Drive, Suite 103
Tempe 85283-5056
scott@halversonfirm.com
*Attorney for Leigha Huber*

/s/ *D. Shinabarger*
S:\CIVIL\CIV\Matters\CJ\2019\Yearick, Lisa vs MC CJ2019 0156\Pleadings\Word\D's NOS of UI, NUI, RFP 08.18.20.docx