Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
Adrianna M. Chavez (035011)
**STINSON LLP**
  Firm Identification Number 00462400
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com
      jennifer.allen@stinson.com
      adrianna.chavez@stinson.com
Attorneys for Plaintiff Lisa Yearick

J. Scott Halverson
**LAW OFFICES OF J. SCOTT HALVERSON PC**
1761 East McNair Drive, Suite 103
Tempe, Arizona 85283-5056
Tel: (480) 777-7776
Fax: (602) 375-7444
Email: scott@halversonfirm.com
Attorneys for Statutory Beneficiary Leigha Huber

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Yearick, individually, as Personal Representative of the Estate of Edward Rudhman, and on behalf of Leigha Huber, statutory beneficiary,<br><br>            Plaintiffs,<br><br>v.<br><br>Maricopa County Sheriff Paul Penzone, in his official capacity; Sergeant Robert Leatham and Kristy Leatham, husband and wife; Sergeant Ryan Kelleher, an unmarried individual; and Deputy Philip Asiedu-Darkwa and Jane Doe Asiedu-Darkwa, husband and wife,<br><br>            Defendants. | No. 2:20-cv-00545-SPL<br><br>**STIPULATION PERMITTING FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

      Pursuant to Federal Rule of Civil Procedure 15(a)(2) and LRCiv 15.1(b), the parties to this action consent to the filing of Plaintiffs' Third Amended Complaint and Demand for Jury Trial. Nothing in this stipulation is intended to waive any of Defendants' defenses to the

1  allegations of the amended complaint.

2      This stipulation is intended to serve as the parties "written consent," no action is requested
3  or required by the Court.  Fed. R. Civ. P. 15(a)(2).

5      DATED this 8th day of September, 2020.

**STINSON LLP**

By: */s/ Larry J. Wulkan*
Larry J. Wulkan
Jennifer L. Allen
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiffs

**LAW OFFICES OF J. SCOTT HALVERSON PC**

By: */s/ J. Scott Halverson*
J. Scott Halverson
1761 E. McNair Drive, Suite 103
Tempe, Arizona 85283-5056
Attorneys for Statutory Beneficiary

**MARICOPA COUNTY ATTORNEY'S OFFICE**

By: */s/ Charles Trullinger*
Charles Trullinger
Sherele Flaggman
Deputy County Attorneys
Civil Services Division
Security Center Building
222 N. Central Avenue, Suite 1100
Phoenix, AZ  85004
Attorneys for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>Charles Trullinger
>Sherle Flaggman
>Deputy County Attorneys
>Civil Services Division
>Security Center Building
>222 N. Central Avenue, Suite 1100
>Phoenix, AZ  85004
>ca-civilmailbox@mcao.maricopa.gov
>
>*Attorneys for Defendants*

By:  */s/ Cynthia Fischer*