**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Yearick,<br><br>          Plaintiff,<br>vs.<br><br>County of Maricopa, et al.,<br><br>          Defendants. | No. CV-20-00545-PHX-SPL<br><br>**ORDER** |

      Before the Court is the Plaintiff's First Motion to Modify Rule 16 Case Management Order (Doc. 57), in which Plaintiff requests an extension of certain case deadlines by four months. Defendants consented to the requested extension. (Doc. 58 at 2) However, the requested extension would move the case beyond the two-year anniversary of its commencement in this Court. Defendants have had ample time to both investigate the incident that took place on December 16, 2018 (Doc. 1-3 at ¶¶10,31) and provide Plaintiff with the requested discovery.

      Failing to find good cause,

///

///

///

///

///

///

1   **IT IS ORDERED** that the Motion (Doc. 57) is **denied.**[1]

2   Dated this 27th day of May, 2021.

Honorable Steven P. Logan
United States District Judge

---

[1] The Court reminds the parties of its strict policy not to extend the dispositive motion deadline beyond the two-year anniversary of the date of commencement of an action. Because the dispositive motion deadline already abuts the two-year anniversary, all future requests for extension will be denied.

2