IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Yearick, et al., | No. CV-20-00545-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Leave to File Non-Electronic Exhibits (Doc. 77). Good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Non-Electronic Exhibits (Doc. 77) is **granted**. Defendants may deliver a non-electronic form of Exhibits 6, 9, 11, 12, 13, 14, 16, 18, 20, 22, 24, 28, and 30 to their Statement of Facts in support of their Motion for Summary Judgment in accordance with the Court's Electronic Case Filing Administrative Policies and Procedures Manual.

Dated this 31st day of January, 2022.

Honorable Steven P. Logan
United States District Judge